IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

P.S. PRODUCTS, INC., and
BILLY PENNINGTON, individually                           PLAINTIFFS

v.                        No. 4:12-cv-537-DPM

SMART STUFF                                              DEFENDANT

## ORDER

This case has settled. Though plaintiffs need only provide notice of dismissal, FED. R. CIV. P. 41(a)(1), their motion to dismiss, *Document No. 5*, is granted. FED. R. CIV. P. 41(a)(2). The complaint is dismissed without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

7 February 2013