IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

P.S. PRODUCTS, INC., and
BILLY PENNINGTON, individually                    PLAINTIFFS

v.                    No. 4:12-cv-537-DPM

SMART STUFF                                        DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2013